# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Terrence Antwain Brinkley**          **Docket No. 5:10-CR-367-1BO**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Antwain Brinkley, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 7, 2011, to the custody of the Bureau of Prisons for a term of 50 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional condition:

1.     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Terrence Antwain Brinkley was released from custody on October 3, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During his initial office visit on October 6, 2014, the defendant admitted to smoking marijuana on October 4, 2014, and he signed an admission of drug use form. As a response to this violation, we are recommending to add the drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

  /s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

   /s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On:  October 7, 2014

## ORDER OF COURT

Considered and ordered this _____ 9 day of _October_____, 2014, and ordered filed and
made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge